CELIA GLADSTONE, as Administratrix, etc., of SAM H. GLADSTONE, Deceased, Respondent, v. GRUMMAN AIRCRAFT ENGINEERING CORPORATION, Appellant.— In an action to recover for death by alleged wrongful act, order, entered in the Supreme Court, denying defendant's motion for judgment dismissing the complaint for alleged failure to state facts sufficient to constitute a cause of action, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ., concur.

JACOB GREEN, AGNES GREEN, and ROBERT GREEN, as Guardian ad Litem of ABRAHAM GREEN, an Incompetent Person, Respondents, v. HYMAN LASKER, MAURICE MARIEDA, MAX JACOBS, NU-BORO PARK CLEANERS, INC., and ABJAC REALTY CORPORATION, Appellants; BOROUGH CLEANERS & DYERS, INC., Defendant.— Order modified so as to provide that the discovery and inspection be limited from January 1, 1934, to and including February 8, 1936, and as so modified affirmed, without costs. The discovery and inspection will proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ., concur.

In the Matter of the Rehabilitation of LAWYERS MORTGAGE COMPANY. In the Matter of a Plan for the Readjustment, etc., of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises Known as 2121 Westbury Court, Borough of Brooklyn, County of Kings, City and State of New York, Guaranteed by LAWYERS MORTGAGE COMPANY and Designated under Mortgage No. 29,940. FRIEDBRO REALTY CO., INC., Owner, Appellant; MANUFACTURERS TRUST COMPANY, as Trustee, and MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Respondents. (Plan No. 2048.) — Proceeding for the readjustment of the rights of holders of investments in a certain mortgage covering premises in the borough of Brooklyn. Appeal from order giving instructions and directions to the trustee in respect to alleged overpayments of interest by the owner and directing that no credit be given to the owner therefor. In effect, the present order construed the final order approving the reorganization plan. Order, in so far as an appeal therefrom is taken, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Davis, Johnston, Adel and Close, JJ., concur.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of CAMPBELL LOCKE and RALPH C. MASON, as Executors, etc., of EILA HAGGIN MCKEE, Deceased. EMMA HAGGIN, Appellant; WILLIAM H. ROBBINS, Named as Special Guardian for EMMA HAGGIN, Respondent.— Order of the Surrogate's Court of Suffolk county, dated March 28, 1938, denying motion for the appointment of the special guardian designated by appellant, and appointing respondent, reversed on the law and the facts, without costs, and motion for the appointment of the designated special guardian granted. The interest of the appellant is identical with that of her brother and sister, so that her nominee did not have an adverse interest, and the application should have been granted under the circumstances disclosed. (See *Matter of Dumbra, ante,* p. 776.) Appeal from order of April 13, 1938, denying motion to vacate and set aside said order dismissed; the appeal being academic. Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ., concur.